**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern District Of Illinois _____
(State)

Case number (If known): _____   Chapter 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Gustafson Veterinary, P.C.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 3 9 4 4 0 6

4. **Debtor's address**

   **Principal place of business**

   114 N. Wilmette Ave
   Number        Street

   Westmont            IL      60559
   City                State   ZIP Code

   DU PAGE
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                State   ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

Debtor   Gustafson Veterinary, P.C.   Case number (if known) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  4  1  9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor   Gustafson Veterinary, P.C.          Case number (if known)_____
_____
Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                      Number     Street

                      City                              State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name     _____

        Phone            _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Gustafson Veterinary, P.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 / 18 / 2017
MM / DD / YYYY

X _Rand Gustafson_                    Rand Gustafson
Signature of authorized representative of debtor      Printed name

Title President sole shareholder

**18. Signature of attorney**

X _(signature)_                    Date  4-19-2017
Signature of attorney for debtor              MM / DD / YYYY

Dennis M. Sbertoli
Printed name

Sbertoli Law Office
Firm name

P.O. Box 1482
Number      Street

La Grange Park                    IL      60526
City                          State    ZIP Code

(708) 579-9724                    dsbert4978@aol.com
Contact phone                    Email address

ARDC # 3128965                    IL
Bar number                      State

---

**Fill in this information to identify the case:**

Debtor name  Gustafson Veterinary, P.C.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. US Bank | | ___ ___ ___ ___ | $ 500.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1** — $ 500.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☒ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor   Gustafson Veterinary, P.C. _____   Case number (if known)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____
   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                   $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                      **Current value of debtor's
                                                                                      interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ......→   $_____
                                face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ......→   $_____
                                face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                            **Valuation method        Current value of debtor's
                                                            used for current value**   interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____
    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                              $_____

Debtor  Gustafson Veterinary, P.C.                          Case number (if known)_____
        Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Gustafson Veterinary, P.C.
_____   Case number (if known)_____
Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Gustafson Veterinary, P.C.    Case number (if known)_____
_____
Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   Gustafson Veterinary, P.C.    Case number (if known) _____
         Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

   ☐ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

                                                  **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ − _____ = → $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____ $_____

   _____   Tax year _____ $_____

   _____   Tax year _____ $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $_____

   **Nature of claim**   _____

   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   **Nature of claim**   _____

   **Amount requested_**   $_____

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____   $_____

   _____   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    , Gustafson Veterinary, P.C.                                    Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $500.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................   $500.00

**Fill in this information to identify the case:**

Debtor name __Gustafson Veterinary, P.C.__

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 0.00

Fill in this information to identify the case:

Debtor    Gustafson Veterinary, P.C.

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Illinois Department of Employment Securi<br><br>33 South State St., 9th Floor<br><br>Chicago, Illinois 60603-2802 | **As of the petition filing date, the claim is:** $30.00<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | | $30.00 |
| **Date or dates debt was incurred**<br>3/31/16 | **Basis for the claim:**<br>Taxes and Other Government<br>Debts | | |
| **Last 4 digits of account number** 4 4 0 6 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

|  |  | | |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address**<br>Illinois Department of Revenue<br><br>Delinquency Unit, PO Box 19035<br><br>Springfield, Illinois 62794-9035 | **As of the petition filing date, the claim is:** $2,700.00<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | | $0.00 |
| **Date or dates debt was incurred**<br>March 31, 2016 | **Basis for the claim:**<br>Taxes and Other Government<br>Debts | | |
| **Last 4 digits of account number** 4 4 0 6 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

|  |  | | |
|---|---|---|---|
| **2.3** **Priority creditor's name and mailing address**<br><br><br><br> | **As of the petition filing date, the claim is:** $_____<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $_____ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

Debtor _Castalson Veterinary, P.C._____   Case number _(if known)_____
        Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 330.00

American Veterinary Medical Association

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

1931 Meacham Road Suite 100

Schaumburg, IL 60173

Basis for the claim: Membership dues

Date or dates debt was incurred _____   Is the claim subject to offset? ☒ No ☐ Yes
Last 4 digits of account number ___ ___ ___ ___

**3.2** | AT&T

$ 323.36
☐ Contingent ☒ Unliquidated ☐ Disputed

P.O. Box 8100

Aurora, Illinois 60507

Basis for the claim: Phone service at former business

Date or dates debt was incurred   Ongoing   Is the claim subject to offset? ☒ No ☐ Yes

**3.3** | Bayer Health Care LLC, Animal Health Division

$ 1,313.87
☐ Contingent ☒ Unliquidated ☐ Disputed

PO Box 390

Shawnee Mission, KS 66201

Basis for the claim: Pharmaceuticals sold on open account.

Date or dates debt was incurred _____   Is the claim subject to offset? ☒ No ☐ Yes

**3.4** | ComEd

$ 945.82
☐ Contingent ☒ Unliquidated ☐ Disputed

Bill Payment Center

Chicago, Illinois 60668-0001

Basis for the claim: Utility service

Date or dates debt was incurred   Ongoing   Is the claim subject to offset? ☒ No ☐ Yes

**3.5** | Diagnostic Center for Population and Animal Health (DCPAH)

$ 57.00
☐ Contingent ☒ Unliquidated ☐ Disputed

4125 Beaumont Road

Lansing, MI 48910

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset? ☒ No ☐ Yes

**3.6** | Domino & Associates

$ 3,520.00
☐ Contingent ☐ Unliquidated ☐ Disputed

1503 Ogden Avenue

Downers Grove, IL 60515

Basis for the claim: Bookkeeping services.

Date or dates debt was incurred   Ongoing   Is the claim subject to offset? ☒ No ☐ Yes

Debtor  Castaison Veterinary, P.C.
_____Name_____                                    Case number (if known)_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

DuPage County Animal Care and Control

120 N. County Farm Road

Wheaton, IL 60187

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$2,434.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Henry Schein

400 Metro Place North

Dublin, OH 43140

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

$9,702.57

Date or dates debt was incurred Ongoing
Last 4 digits of account number 9 5 2 0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Hills Pet Nutrition Sales, Inc

PO Box 148

Topeka, KS 66601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Pet food sold on oen account

$3,055.00

Date or dates debt was incurred 3/20/2016
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Hinsdale Pet Memorial services

6400 Bentley Ave

Willowbrook, IL 60527

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Cremation services

$2,347.75

Date or dates debt was incurred Ongoing
Last 4 digits of account number R 9 9 __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

IDEXX Laboratories, Inc.

One IDEXX Drive

Westbrook , ME 04902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Lab service.

$5,568.93

Date or dates debt was incurred Ongoing
Last 4 digits of account number 7 6 6 5

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Gustafson Veterinary, P.C.                                    Case number *(if known)*
         Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

James X-Ray Co

505 Harvester Court Suite F

Wheeling, IL 60090

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: X-Ray supplies

$ 160.51

Date or dates debt was incurred    2/2/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

K&L Snow Removal

1520 Oakwood Avenue

Schaumburg, IL 60193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 170.00

Date or dates debt was incurred    3/26/2026
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Liberty Mutual Insurance

175 Berkeley Street

Boston, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3,389.00

Date or dates debt was incurred    2/23/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Merial Inc

3239 Satelinte Blvd Building 500

Dulut, GA 30096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Pharmaceuticals sold on open account.

$ 4,464.31

Date or dates debt was incurred    2/23/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

MWI Animal Health

3041 Pasadena Ave

Boise, ID 83705

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3,015.99

Date or dates debt was incurred    2/23/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Gustafson Veterinary, P.C.    Case number (if known)
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Novartis Animal Health US, Inc.

3200 Northline Aveenue Suite 300

Greensboros, North Carolina 27408

Date or dates debt was incurred    2/25/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 156.98

---

**3.18** Nonpriority creditor's name and mailing address

Pentegra

701 Westchester Avenue Suite 320 e

White Plains, NY 10604

Date or dates debt was incurred    11/21/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 978.00

---

**3.19** Nonpriority creditor's name and mailing address

Rob Ekroth

15 Salt Creek Lane Suite 122

Hinsdale, IL 60521

Date or dates debt was incurred    2/13/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Legal services.

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,260.00

---

**3.20** Nonpriority creditor's name and mailing address

Royal Canin

500 Fountain Lakes Blvd. Suite 100

St. Charles, MO 63301

Date or dates debt was incurred    3/15/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Food sold on open account.

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,597.99

---

**3.21** Nonpriority creditor's name and mailing address

US Bank Equipment Finance

Date or dates debt was incurred    2/14/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 653.56

---

Debtor   Gustafson Veterinary, P.C. _____   Case number (if known) _____
         Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Vet Street Inc

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 20.00

Basis for the claim: _____

Date or dates debt was incurred   2/17/16

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Zoetis

10 Sylvan Way

Parsippany  , NJ 07054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 6,472.35

Basis for the claim: Phamaceuticals sole on open account.

Date or dates debt was incurred   Ongoing

Last 4 digits of account number   3  4  5  3

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Mark S. Lichtman<br>222 N. La Salle Street, Suite 300<br>Chicago, IL 60601 | Line 3.8<br>☐ Not listed. Explain _____ | 9 5 2 0 |
| 4.2. | Marc S. Lichtman/Lichtman Eisen<br>222 N. La Salle Street, Suite 300<br>Chicago, IL 60601 | Line 3.11<br>☐ Not listed. Explain _____ | 7 6 6 5 |
| 4.3. | See Attachment 1<br>PO Box 5010<br>Woodland Hills, California 91365-5010 | Line 3.14<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4. | Barr Credit Services<br>5151 E. Broadway Blvd, Suite 800<br>Tucson, AZ 85711 | Line 3.15<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | Mark S. Lichtman<br>222 N. La Salle Street, Suite 300<br>Chicago, IL 60601 | Line 3.16<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6. | CMI<br>PO Box 28851<br>Philadelphia, PA 19151 | Line 3.20<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7. | D&S LTD<br>13809 Research blvd., Suite 800<br>Austin, TX 78750 | Line 3.23<br>☐ Not listed. Explain _____ | 3 4 5 3 |
| 4.8. | _____ | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | _____ | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | _____ | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | _____ | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.12. | _____ | Line ____<br>☐ Not listed. Explain _____ | _ _ _ _ |

Debtor    Gustafson Veterinary, P.C.    Case number (if known)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. |  | $ 2,730.00 |
| 5b. Total claims from Part 2 | 5b. | + | $ 52,936.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. |  | $ 55,666.99 |

Attachment
Debtor: Gustafson Veterinary, P.C.      Case No:

**Attachment 1**

Caine & Weiner (PO Box 5010, Woodland Hills, California 91365-5010)/  Lee Jones

Fill in this information to identify the case:

Debtor name   Gustafson Veterinary, P.C.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____   Chapter   7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  Gustafson Veterinary, P.C.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gustafson Veterinary, P.C.** |
| United States Bankruptcy Court for the: | **Northern District of Illinois** |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................................  $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................  $ **4,000.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................  $ **4,000.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D* ...........................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................  $ **2,730.00**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........................  + $ **52,936.99**

4. **Total liabilities** ...........................................................................................................  $ **55,666.99**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name   Gustafson Veterinary, P.C.

United States Bankruptcy Court for the:   Northern District of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2016<br>MM / DD / YYYY | to | Filing date | | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |
| For prior year: | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other _____ | $ 713,000.00 |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | | _____ | $ _____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $ _____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $ _____ |

Debtor    Gustafson Veterinary, P.C.                                    Case number *(if known)*_____
_____
Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | | _____ | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | | _____ | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor  Gustafson Veterinary, P.C.   Case number (if known)_____
   _____
   Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 1 | Collection | See Attachment 1 <br> Name <br> 50 W. Washington <br> Street <br> Room 602 <br> Chicago   IL   60602 <br> City   State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> 17 M1-103375 | | | |
| 7.2. | Case title <br> See Attachment 2 | Collection | Court or agency's name and address <br> Circuit Court of Cook County <br> Name <br> 50 W. Washington <br> Street <br> Room 602 <br> Chicago   IL   60602 <br> City   State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> 17 M1-10447 | | | |

Debtor    Gustafson Veterinary, P.C.
          _____    Case number *(if known)*_____
          Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | |
| Street | | Court name and address |
| | Case number | Name |
| City      State      ZIP Code | | Street |
| | Date of order or assignment | City      State      ZIP Code |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $_____ |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor ___Gustafson Veterinary, P.C._____     Case number *(if known)*_____
       Name

## Part 6:  Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sbertoli Law Office | | | $ |
| | **Address** | | | |
| | P.O. Box 1482 | | | |
| | Street | | | |
| | La Grange Park   IL   60526 | | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | dsbert4978@aol.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor      Gustafson Veterinary, P.C.                              Case number (if known)_____
            _____
            Name

---

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Downers Grove Acquisition, LLC | Assets of Gustafson Veterinary PC.  Proceeds | See Attachment 3 | $780,000.00 |
| | | See Attachment 3 | | |

Address
941  63rd Street
Street

Downers Grove          IL        60516
City                  State     ZIP Code

Relationship to debtor

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2. | Rand Gustafson | 2002 Chevrolet Avalanche pickup truck. | 02/2016 | $ NA |
| | | See Attachment 4 | | |

Address
114 N. Wilmette Ave.
Street

Westmont              IL        60559
City                  State     ZIP Code

Relationship to debtor

President/Sharholder

---

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

|  | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | _____ | | | From _____ | To _____ |
| | Street | | | | |
| | _____ | | | | |
| | City | State | ZIP Code | | |
| 14.2. | _____ | | | From _____ | To _____ |
| | Street | | | | |
| | _____ | | | | |
| | City | State | ZIP Code | | |

---

Debtor  Gustafson Veterinary, P.C.          Case number (if known)_____
_____
Name

---

| Part 8: | Healthcare Bankruptcies |
|---|---|

### 15. Healthcare bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* |
| City     State     ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* |
| City     State     ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                   Employer identification number of the plan

_____     EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Gustafson Veterinary, P.C. _____   Case number *(if known)* _____
_____Name_____

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor    Gustafson Veterinary, P.C. _____    Case number (if known)_____
          Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    Gustafson Veterinary, P.C.
          _____          Case number *(if known)*_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |

---

Debtor     Gustafson Veterinary, P.C.
_____     Case number (if known)_____
           Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | Domino and associates LTD | | From _____   To _____ |
| | Name | | |
| | 1503 Ogden Avenue | | |
| | Street | | |
| | Downers Grove | IL | 60515 |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____   To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____   To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____   To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

---

Debtor   Gustafson Veterinary, P.C.
         _____
         Name                                                    Case number (if known)_____

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.2.   Name _____                          _____
         Street _____                          _____
         _____                          _____
         City                          State            ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.2.   Name _____
         Street _____
         _____
         City                          State            ZIP Code

**Name and address**

26d.2.   Name _____
         Street _____
         _____
         City                          State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.1.    Name _____
         Street _____
         _____
         City                          State     ZIP Code

Debtor  Gustafson Veterinary, P.C.
_____      Case number (if known) _____
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

      _____
      Street

      _____

      _____
      City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rand Gustafson | 114 N. Wilmette Avenue, Westmont, IL 60559 | See Attachment 5 | 100 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

[X] No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[X] No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | | |
| _____ | | _____ | |
| City            State      ZIP Code | | | |
| Relationship to debtor | | _____ | |

Debtor    Gustafson Veterinary, P.C.                                    Case number (if known)_____
          _____
          Name

**Name and address of recipient**                        _____   _____   _____

Name    _____                                        _____

Street  _____                                        _____

_____                                        _____

City                        State       ZIP Code                               _____

**Relationship to debtor**                                                     _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Name of the parent corporation                           Employer Identification number of the parent
                                                         corporation

_____                 EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

Name of the pension fund                                 Employer Identification number of the pension fund

_____                 EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by
fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the
information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04 / 18 / 2017
              MM / DD / YYYY

✗   X *Rand Gustafson*                                    Printed name  Rand Gustafson
    _____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   President sole shareholder

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

Attachment
Debtor: Gustafson Veterinary, P.C.        Case No:

Attachment 1

MWI Veterinary Supply v. Gustafson Veterinary, PC

Attachment 1

Circuit Court of Cook County, Municipal Department

Attachment 2

Butler d/b/a Henry Schein Animal Health v. Gustafson Veterinary PC

Attachment 3

applied to pay portion of outstanding obligation to Debtor's original vendor Jobe
Veterinary.

Attachment 3

February 26, 2016.

Attachment 4

Some rust and cosmetic damage.  180,000+ miles.  Value approximately $2500.
Purchaser of the business did not want the subject vehicle.

Attachment 5

President sole shareholder - Owner

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **Gustafson Veterinary, P.C.**          **Eastern Division**

Case No. _____

Chapter **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:          $ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:          $ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)          $ **0.00**
    4.  Payroll Taxes          **0.00**
    5.  Unemployment Taxes          **0.00**
    6.  Worker's Compensation          **0.00**
    7.  Other Taxes          **0.00**
    8.  Inventory Purchases (Including raw  materials)          **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray          **0.00**
    10.  Rent (Other than debtor's principal residence)          **0.00**
    11.  Utilities          **0.00**
    12.  Office Expenses and Supplies          **0.00**
    13.  Repairs and Maintenance          **0.00**
    14.  Vehicle Expenses          **0.00**
    15.  Travel and Entertainment          **0.00**
    16.  Equipment Rental and Leases          **0.00**
    17.  Legal/Accounting/Other Professional Fees          **0.00**
    18.  Insurance          **0.00**
    19.  Employee Benefits (e.g., pension, medical, etc.)          **0.00**
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
           Pre-Petition Business Debts (Specify):

    21.  Other (Specify):

    22.  Total Monthly Expenses (Add items 3 - 21)          $ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)          $ **0.00**

Fill in this information to identify the case and this filing:

Debtor Name  Gustafson Veterinary, P.C.

United States Bankruptcy Court for the:   Northern District Of Illinois

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

[X]  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

[X]  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

[X]  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

[X]  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

[X]  *Schedule H: Codebtors* (Official Form 206H)

[X]  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2017
　　　　　MM / DD / YYYY

X  _Rand Gustafson_
Signature of individual signing on behalf of debtor

Rand Gustafson
Printed name

President sole shareholder
Position or relationship to debtor

American Veterinary Medical Association
1931 Meacham Road
Suite 100
Schaumburg, IL 60173


AT& T
P.O. Box 8100
Aurora, IL 60507


Barr Credit Services
5151 E. Broadway Blvd
Suite 800
Tucson, AZ 85711


Bayer Health Care LLC, Animal Health Div
PO Box 390
Shawnee Mission, KS 66201


Caine & Weiner (PO Box 5010, Woodland Hi
PO Box 5010
Woodland Hills, CA 91365-5010


CMI
PO Box 28851
Philadelphia, PA 19151


ComEd
Bill Payment Center
Chicago, IL 60668-0001


D&S LTD
13809 Research blvd.
Suite 800
Austin, TX 78750

Diagnostic Center for Population and Ani
4125 Beaumont Road
Lansing, MI 48910


Domino & Associates
1503 Ogden Avenue
Downers Grove, IL 60515


DuPage County Animal Care and Control
120 N.  County Farm Road
Wheaton, IL 60187


Henry Schein
400 Metro Place North
Dublin, OH 43140


Hills Pet Nutrition Sales, Inc
PO Box 148
Topeka, KS 66601


Hinsdale Pet Memorial services
6400 Bentley Ave
Willowbrook, IL 60527


IDEXX Laboratories, Inc.
One IDEXX Drive
Westbrook, ME 04902


Illinois Department of Employment Securi
33 South State St., 9th Floor
Chicago, IL 60603-2802


Illinois Department of Revenue
Delinquency Unit, PO Box 19035
Springfield, IL 62794-9035

James X-Ray Co
505 Harvester Court
Suite F
Wheeling, IL 60090


K&L Snow Removal
1520 Oakwood Avenue
Schaumburg, IL 60193


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


Marc S. Lichtman/Lichtman Eisen
222 N. La Salle Street
Suite 300
Chicago, IL 60601


Mark S. Lichtman
222 N. La Salle Street
Suite 300
Chicago, IL 60601


Merial Inc
3239 Satelinte Blvd
Building 500
Dulut, GA 30096


MWI Animal Health
3041 Pasadena Ave
Boise, ID 83705


Novartis Animal Health US, Inc.
3200 Northline Aveenue
Suite 300
Greensboros, NC 27408


Pentegra
701 Westchester Avenue
Suite 320 e
White Plains, NY 10604

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number: _____

   **Gustafson Veterinary, P.C.**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:  04/18/2017          X _Rand Gustafson_____
                                                                    Debtor

                                                    _____
                                                                    Joint Debtor